

STATE OF LOUISIANA
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 94005
BATON ROUGE, LA
70804–9005

LIZ MURRILL
ATTORNEY GENERAL

June 17, 2025

**VIA ECF**
Lyle W. Cayce
Clerk of Court
United States Court of Appeals, Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, Louisiana 70130-3408

  Re: *Voice of the Experienced v. LeBlanc*, No. 25-30322

Dear Mr. Cayce:

  On Monday, June 16, the Court granted the State's motion to expedite this appeal. ECF 49-2 at 2. The Court also stated that "[t]he Clerk's office will set an expedited briefing schedule in consultation with the parties." *Id.* The State's motion to expedite proposed the following schedule: June 4 (State's opening brief); June 18 (Plaintiffs' response brief); June 25 (State's reply brief). The State preemptively complied with that schedule by filing its opening brief on June 4. The State now submits this letter to advise the Clerk's Office of the State's position.

  In recognition of the fact that the Court did not grant the State's motion to expedite until June 17, the State does not object to setting Plaintiffs' response brief deadline for June 25, giving Plaintiffs a full 21 days to respond. The State also can commit to filing its reply brief within seven days—that is, by July 2. As the State explained in its motion to expedite, this compressed schedule is necessary to avoid an impending mootness issue that may arise in mid-August.

Respectfully submitted,

*/s/J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga
   Solicitor General of Louisiana

*Counsel for Appellants*


cc:    All Counsel (via ECF)